IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS E. WOODS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SGT. ABRAMS, et al, )<br>)<br>Defendants. )<br>) | Civil Action No. 06 - 757<br><br>Judge Thomas M. Hardiman /<br>Magistrate Judge Lisa Pupo Lenihan<br><br>Doc. No. 20 |

## **ORDER**

On September 28, 2006 the Court entered a scheduling order directing Defendants to provide Plaintiff with the following:

(1) all incident reports in its possession concerning the alleged incident or incidents;

(2) all medical records in its possession concerning this alleged incident or incidents.

Plaintiff was told to advise the court of any further discovery he deemed necessary for the prosecution of this case. Plaintiff has done so via document number 20. Plaintiff is granted leave to serve the discovery as requested on Defendants. Since certain discovery requests were included with document 20, they are deemed served as of the date of this Order. Defendants are given 30 days from today to file responses, which may include valid objections. Plaintiff references a possible need to submit interrogatories and requests for admission. He is granted leave to do so, as long as the interrogatories are not duplicative of the questions set forth in document 20. **All such discovery shall be served no later than October 30, 2006.**

The Court's prior order that the parties shall file motions for summary judgment no later than **November 30, 2006** remains in effect. Responses to motions for summary judgment shall

be filed no later than **December 30, 2006.**

**IT IS FURTHER ORDERED** that in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1)(A), and Local Rule 72.1.3, the parties are allowed ten (10) days from the date of service to file an appeal from this order to the District Court. Any opposing party shall have seven (7) days from the date of service of the appeal to respond thereto. Failure to timely file an appeal may constitute a waiver of any appellate rights.

Dated: Oct. 19, 2006

LISA PUPO LENIHAN
United States Magistrate Judge

cc:   Thomas E. Woods
      DE-4522
      SCI Graterford
      P.O. Box 244
      Graterford, PA 19426

      Kemal Mericli
      Office of the Attorney General
      564 Forbes Avenue
      6th Floor, Manor Complex
      Pittsburgh, PA 15219