IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS E. WOODS, <br><br> Plaintiff, <br><br> v. <br><br> SGT. ABRAMS, et al, <br><br> Defendants. | Civil Action No. 06 - 757 <br><br> Judge Nora Barry Fischer / <br> Magistrate Judge Lisa Pupo Lenihan |

## ORDER

**AND NOW**, this 15th day of January, 2008,

**IT IS ORDERED** that pursuant to 28 U.S.C.§1915(e)(1) and the order of court dated March 24, 1999, entered pursuant to the resolution of the Board of Judges of the United States District Court for the Western District of Pennsylvania In re: Funding of Plan for the Appointment of Counsel in Select Pro Se Prisoner Civil Rights Actions (Miscellaneous No. 99-95), the Clerk of Court, on behalf of the Allegheny County Bar Foundation of the Allegheny County Bar Association is directed to request a lawyer to consider entering an appearance on behalf of the plaintiff in the above-captioned case;

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to provide counsel with a copy of the complaint, all answers and pretrial narrative statements should same exist and shall provide counsel with any additional pleadings or documents as requested by counsel.

1

Lisa Pupo Lenihan
United States Magistrate Judge

cc: Thomas E. Woods
DE-4522
SCI Graterford
P.O. Box 244
Graterford, PA 19426

Counsel of Record